THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* JAMES V. GANLY, as Clerk of the County of Bronx, et al., Respondents.

*People* v. *Ganly*, 170 App. Div. 702, affirmed.
(Argued June 15, 1916; decided July 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 19, 1916, in favor of defendants, upon the submission, under section 1279 of the Code of Civil Procedure, of a controversy as to what is the amount of the fee which a notary, who is appointed in Bronx county, is required to pay to the clerk of that county; and what disposition is the clerk required to make of that fee.

*Egburt E. Woodbury*, Attorney-General (*Edward G. Griffin* of counsel), for appellant.

*John Kadel* for James V. Ganly, as county clerk, respondent.

*Lamar Hardy*, Corporation Counsel (*Terence Farley* and *John Lehman* of counsel), for city of New York, respondent.

Judgment affirmed, with costs, on opinion of SCOTT, J., below.

Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ. Absent: WILLARD BARTLETT, Ch. J.